**Green, Spurgeon**

| | |
|---|---|
| **From:** | Miller, John |
| **Sent:** | Wednesday, October 03, 2012 11:32 AM |
| **To:** | Ocheesee1@yahoo.com |
| **Subject:** | Addition of Vitamins to Skim Milk |

Dear Paul and Mary Lou

Below is a link to the Grade A Pasteurized Milk Ordinance (PMO).
http://www.fda.gov/downloads/Food/FoodSafety/Product-SpecificInformation/MilkSafety/NationalConferenceonInterstateMilkShipmentsNCIMSModelDocuments/UCM291757.pdf
Appendix O. starting on page 352 describes and lists the requirements for Vitamin addition.

Below is a link to the FDA Coded Memorandum that was issued to regulatory agencies as a guide to the agencies and industry.
http://www.fda.gov/Food/FoodSafety/Product-SpecificInformation/MilkSafety/CodedMemoranda/MemorandaofInformation/ucm082152.htm

The Department's requirement based on Chapter 502 F.S. which adopts the Grade A Pasteurized Milk Ordinance by reference are:
1. If milkfat is removed from whole milk then vitamins A and D must be added to the skim product in accordance with the directions of the vitamin concentrate manufacturer.
2. These vitamins must be added to the skim product prior to pasteurization.

The piping and tank arrangement in your plant can be whatever best suits your needs, but needs to be in accordance with the PMO and should be in consultation with the your inspector.  Any major changes must be presented to the Department with plans and drawings in accordance with Section 12. of the  PMO.

Below is a copy of the vitamin analysis of your skim milk product that was sampled by the Department.

**O'NEAL SCIENTIFIC SERVICES, INC.**

| | |
|---|---|
| Analytical Laboratory | 6652 Gravois Ave. |
| Certified Laboratory NCIMS #29800 | St. Louis, MO 63116 |
| | Tel. (314) 352-7570 |
| | Fax (314) 752-5221 |

| | |
|---|---|
| Central Dairy Lab | **Lab No.**  166727 |
| 3023 Lake Alfred Road | |
| Winter Haven, FL 33881 | **Entered**  April 18, 2012 |
| | **Reported**  April 23, 2012 |

1

# EXHIBIT 1

**Ocheesee Creamery Skim Milk,  ½ gal.,  4-27-12**

| Assay | Analysis (IU/Qt.) | Limits (IU/Qt.) |
|---|---|---|
| Vitamin A | 334 | 2,000 - 3,000 |
| Vitamin D | less than 100 | 400 - 600 |

**Method References**

AOAC - 18th Ed.
HPLC-FDA

Respectfully submitted,

O'Neal Scientific

I sincerely hope this information is helpful to you.  If you have any questions after you look at this, please discuss it with your inspector Fred Zirkelbach.  He and his supervisor will be able to provide you with any information you should need.

**John L. Miller**
Chief
Bureau of Dairy Industry
Division of Food Safety
Florida Department of Agriculture and Consumer Services
3125 Conner Blvd. C-27
Tallahassee, Fl 32399-1650

(850) 245-5410 Phone
(850) 922-9444 FAX
John.Miller@FreshFromFlorida.com

Doyle Conner Building
3125 Conner Boulevard
Tallahassee, FL  32399-1650

www.FreshFromFlorida.com

Please note that Florida has a broad public records law (Chapter 119, Florida Statutes).  Most written communications to or from state employees are public records obtainable by the public upon request. Emails sent to me at this email address may be considered public and will only be withheld from disclosure if deemed confidential pursuant to the laws of the State of Florida.