## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## FLORIDA

### Tallahassee Division

OCHEESEE CREAMERY, LLC,                 Civil Case No. 4:14CV00621-RH-CAS

        Plaintiff,

vs.

ADAM H. PUTNAM, in his
official capacity as Florida
Commissioner of Agriculture; and
GARY NEWTON, in his official
capacity as Chief of the Florida
Bureau of Dairy Industry,

        Defendants.
_____/

### DECLARATION OF ZACHARY CONLIN

1.     My name is Zachary Conlin.  I am over eighteen (18) years old.

2.     I am an Environmental Manager and State Rating Officer at the Florida Department of Agriculture and Consumer Services in the Division of Food Safety, Bureau of Dairy Industry.

3.     As part of my duties and responsibilities, I conduct regulatory surveillance and enforcement of the dairy laws from farm gate through processing and distribution to the retail point of purchase.

4.     I investigated whether the dairy products of Ocheesee Creamery, LLC are found in interstate commerce. On or about April 8, 2015, I used Bing to search "Ocheesee Alabama" because Ocheesee is located very near the Florida border with Alabama.  The "Ocheesee Alabama" search revealed that Ocheesee's products are available for retail sale in Dothan, Alabama through the website Market At Dothan at: marketatdothan.localygrown.net.

# EXHIBIT 2

5.      On or about April 8, 2015, I captured part of a webpage attached as Exhibit A. Exhibit A is the page I found from my Bing search.  It contains a blog post on Market At Dothan's "Weblog" that says "Thanks Jennifer at SANDSPUR Farms for Teaming Up with Ocheesee Creamery to deliver Local, Grass Fed Milk & Milk Products to Market At Dothan!" The post then includes text from Ocheesee's website about its dairy products.

6.      Also on or about April 8, 2015, I captured part of a webpage attached as Exhibit B.  Exhibit B identifies a list of Market At Dothan's products on "The Market" page and includes the following Ocheesee products: butter, chocolate whole milk (quart and ½ gallon), cream, drinkable yogurt (quart and ½ gallon), and whole milk (quart and ½ gallon).  Sandspur Farms is listed as the "Grower."

7.      Also on or about April 8, 2015, I captured part of a webpage attached as Exhibit C.  Exhibit C states that "ALL ORDERS MUST BE PLACED ONLINE" and picked up by the consumer at a pickup location.  There is only one pickup location listed – "Dothan Nurseries, 1300 Montgomery Hwy, Dothan, AL 36303."  The Market page in Exhibit B also indicates that "Orders are picked up … at Dothan Nurseries, 1300 Montgomery Hwy."  I searched Google for the location of "1300 Montgomery Hwy, Dothan, AL 36303."  The address is located in Alabama.

8.      I revisited the same webpages attached as Exhibits A, B, and C on or about a week before the deadline to respond to discovery that Ocheesee's products were in interstate commerce.  All of the webpages were still available.  After the Department responded to discovery that Ocheesee's products were in interstate commerce, I revisited the webpages again. Exhibit B on "The Market" page had been removed and no longer existed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 6/22/15 in Tallahassee, Florida.

Zachary Conlin



EXHIBIT

A



\*GROUND BEEF PATTIES
**\*SIRLOIN TIP ROAST**
\*CHUCK ROAST
**\*BRISKET**
\*STEAKS: Filet, Rib Eye, NY Strip, T-Bone
**\*STEW MEAT**
\*\*SOUP BONES, MARROW BONES, OXTAIL

AUGHTMON 1918
Special This Week: Let's get the word out that this week if you buy 4 soaps you get 1 free. Buy 6 soaps get a free 3 ounce candle. Buy 10 soaps and get a free bar of soap plus a 3 ounce candle. Buy 12 soaps get two 10 ounce wooden wick candles free. The scent of the free items will be chosen by Aughtmon 1918.

SANDSPUR FARMS + OCHEESEE CREAMERY
Thanks Jennifer of SANDSPUR Farms for Teaming Up with Ocheesee Creamery to deliver Local, Grass Fed Milk & Milk Products to Market At Dothan! The following information is from Ocheesee's website:
" We're a small, three-generation dairy in Calhoun County, Florida, and we're bringing back the healthy goodness of whole milk and other dairy items. When you taste the difference and see the healthy benefits of milk items that come from grass-happy cows, you'll be enjoying whole milk items again and will know that you've made the healthy choice. That's right, we're stepping back to a time when cows grazed on pasture land, like it used to be, and they got all the benefits of the fresh air, the sunlight, and pastures full of fresh green grass. Studies show that cows that are allowed a primary diet of fresh grass produce milk with five times as much unsaturated fat than cows fed processed grains. That's really good news for people who want the benefits of whole milk but need to reduce their "bad" cholesterol counts. Most dairy items in the U.S. come almost exclusively from cows that are fed hay and grains from feed lots, and so whole milk has gotten a bad reputation due to the saturated fat and cholesterol levels. According to Michelle McGuire, associate professor at Washington State University, "Whole milk is not the villain!"
In addition to the dairy items you would expect, we offer an item you don't find just everywhere; pasteurized, non-homogenized cream-top milk, which is a hands-down favorite of our guests and our regular customers as well. We are also the only dairy in the state that makes our own butter.
We choose to deliver our milk items in recyclable glass bottles for several reasons:
milk tastes better in glass,
glass is better for the environment, and because it is nostalgic. Many older people enjoy our items because it reminds them of their growing-up days when milk in glass bottles was the norm"

BOTTLE DEPOSIT OF $3 FOR EACH BOTTLE ORDERED ON FIRST ORDER. RETURN CLEAN BOTTLE EACH WEEK TO RECYCLE & AVOID $3 BOTTLE FEE. THANK YOU\*\*\*

CHECK OUT WHATS NEW…
Ms Emma has added Spinach & Mushroom, Spring Rosettes – great for Easter baskets; Red Beans & Rice – Frozen, Old Fashioned Butternut Cake and a French Green Bean & Wild Rice Casserole.

PRODUCE COMING SOON…
Scotty of Sandy Valley reports his garden is growing well! Look for Wakefield cabbage, broccoli, cauliflower & onions



EXHIBIT

B



We take orders Saturday 5:00 pm through Tuesday 5pm.
Orders are picked up Fridays, 10:00am –12:00pm & Saturdays 10:00am –12:00pm at Dothan Nurseries, 1300 Montgomery Hwy. Thank you for your prompt pick up. Perishable & frozen orders may Not be left after pick up times for your health and safety.
If you have any problems with this site, please contact us @ 2farmersdaughters@gmail.com.
For routine questions, please refer to our Q & A tab.

Be sure you understand who we are and how we work before you create an account and place an order!
If you don't already have an account, you can create one.

### Categories

**All Products (380)**
*DOTHAN NURSERIES (3)
*FARMERS DAUGHTERS CO-OP (85)
*Hortons Farm LLC (68)
*MarysPeeps (53)
*SANDSPUR FARMS (32)
*Sweet Cakes (22)
Aughtmon 1918 (13)
Baby J Enterprises (1)
Charters Spice & Oil (22)
Mt. Moriah Farm (52)
Spring Hill Farm (29)

### Display Options

The New Product and Featured Product carousels have been temporarily disabled in Microsoft Internet Explorer versions 8 and 9.

Show Specific Growers

Subscribe to an RSS Feed

### All Products

Search by all or part of product name: Ocheesee

Search!

Clear Search

**Ocheesee Creamery Butter**
**Grower:** Sandspur Farms
**Price:** $11.95 ( 1pound )
**Available (Estimated):** 9

**Ocheesee Creamery Chocolate Whole Milk**
**Grower:** Sandspur Farms
**Price:** $7.50 ( 1/2 gallon )
**Available (Estimated):** 17

Ocheesee Creamery chocolate whole milk. more

**Ocheesee Creamery Chocolate whole milk**
**Grower:** Sandspur Farms
**Price:** $6.00 ( Quart )
**Available (Estimated):** 19

Ocheesee Creamery chocolate whole milk. Rich and creamy but not overpowering sweet like other store bought chocolate milk. more

**Ocheesee Creamery cream**
**Grower:** Sandspur Farms
**Price:** $11.95 ( 1 quart )

carousels have been temporarily disabled in Microsoft Internet Explorer versions 8 and 9.

Show Specific Growers

Subscribe to an RSS Feed



**Ocheesee Creamery Chocolate whole milk**
**Grower:** Sandspur Farms
**Price:** $6.00 ( Quart )
**Available (Estimated):** 19

Ocheesee Creamery chocolate whole milk. Rich and creamy but not overpowering sweet like other store bought chocolate milk. more

**Ocheesee Creamery cream**
**Grower:** Sandspur Farms
**Price:** $11.95 ( 1 quart )
**Available (Estimated):** 9

**Ocheesee Creamery Drinkable Yogurt**
**Grower:** Sandspur Farms
**Price:** $9.50 ( 1/2 gal )
**Available (Estimated):** 19

Ocheesee Creamery's drinkable yogurt. Has no added sugar! Good base for smoothies and lots of other treats. more

**Ocheesee Creamery Drinkable yogurt**
**Grower:** Sandspur Farms
**Price:** $7.50 ( Quart )
**Available (Estimated):** 20

Ocheesee Creamery's drinkable yogurt. Has no added sugar! Good base for smoothies and lots of other treats. more

**Ocheesee Creamery Whole milk**
**Grower:** Sandspur Farms
**Price:** $6.25 ( 1/2 gallon )
**Available (Estimated):** 8

Ocheesee Creamery whole milk.

**Ocheesee Creamery Whole milk**
**Grower:** Sandspur Farms
**Price:** $4.75 ( Quart )
**Available (Estimated):** 18

Ocheesee Creamery whole milk. Don't forget to add a bottle deposit for each bottle



Ocheesee Creamery's drinkable yogurt. Has no added sugar! Good base for smoothies and lots of other treats. more

Ocheesee Creamery Whole milk
Grower: Sandspur Farms
Price: $6.25 ( 1/2 gallon )
Available (Estimated): 8

Ocheesee Creamery whole milk.

Ocheesee Creamery Whole milk
Grower: Sandspur Farms
Price: $4.75 ( Quart )
Available (Estimated): 18

Ocheesee Creamery whole milk. Don't forget to add a bottle deposit for each bottle ordered.

Show: 10  25  50  100  items per page.

We thank you for your interest and support of our efforts to bring you the healthiest, the freshest and the most delicious locally grown foods possible. If you would like to sell through Market at Dothan, please create an account and sign in to your current account and return to this page.
Facebook.com/MarketAtDothan

This market is part of the Locally Grown Network. More information about how your market or farm can also use this system can be found at www.locallygrown.net.



EXHIBIT
C



You can browse the trellis on the website before placing your order.

Order Conveniently. Create an Account. With Market At Dothan you get to order what you want, in the quantities you want, from the farms you choose, from your computer, by visiting The Market. Know what you are purchasing, with information about the farmers, their farming practices and their products on our Grower Page.

Placing Orders
ALL ORDERS MUST BE PLACED ONLINE. Create an account and sign in to order.Saturday evening an Email will be sent to everyone with an account. www.MarketatDothan.locallygrown.net
Customers must place orders for the week anytime after receiving the email but no later than Tuesday at 5pm. Orders are placed online at www.MarketAtDothan.locallygrown.net
CHOOSE PICK UP LOCATION.

Picking up Orders
Pick up options
FRIDAYS, 10am – 12pm at Dothan Nurseries, 1300 Montgomery Hwy, Dothan AL 36303, 334-794-6774. Tear Round www.dothannurseries.com

If you forget to pick up your order, we will contact you at the phone number provided. WITH PRIOR APPROVAL, You may pick up NON- Perishable orders inside Dothan Nurseries until 5 pm day of delivery only. Perishable and Frozen orders will NOT be left at Market after 12pm for your health and safety. We are unable to keep Non-Perishable orders after delivery day. Your order will be donated. You are still responsible for payment. Your account will be charged. Thank you for your prompt pick up of your orders.

Still have questions? Please refer to our Q's & A's page.
www.facebook.com/MarketatDothan

Our goal is 100% Customer Satisfaction...comments, questions or concerns always welcome!

We thank you for your interest and support of our efforts to bring you the healthiest, the freshest and the most delicious locally grown foods possible.If you would like to sell through Market at Dothan, please create an account and sign in to your current account and return to this page.
Facebook.com/MarketAtDothan

This market is part of the Locally Grown Network. More information about how your market or farm can also use this system can be found at www.locallygrown.net.