## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## FLORIDA

### Tallahassee Division

OCHEESEE CREAMERY, LLC,                    Civil Case No. 4:14CV00621-RH-CAS

      Plaintiff,

vs.

ADAM H. PUTNAM, in his
official capacity as Florida
Commissioner of Agriculture; and
GARY NEWTON, in his official
capacity as Chief of the Florida
Bureau of Dairy Industry,

      Defendants.

_____/

### DECLARATION OF DAREN SIMS

1.  My name is Daren Sims. I am over eighteen (18) years old.

2.  I am a Sanitation and Safety Specialist at the Florida Department of Agriculture and Consumer Services in the Division of Food Safety, Bureau of Dairy Industry.

3.  As part of my duties and responsibilities, I conduct inspections of Ocheesee Creamery, LLC, for compliance with Florida's dairy laws and regulations.

4.  On or about May, 2015, during a routine sampling at Ocheesee, Ocheesee's plant manager informed me that one of its customers, Sandspur Farms, recently got in trouble with Alabama for selling Ocheesee's products at a market in Dothan. Ocheesee's plant manager told me that he informed Sandspur that Sandspur needed a permit for that. He did not say anything about whether he told Sandspur not to sell Ocheesee products in other states or that Ocheesee's products were not allowed in other states.

# EXHIBIT 3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 6/18/15 in Tallahassee, Florida.

_Daren Sims_
Daren Sims