# SKIM MILK: SCIENTIFIC BACKGROUND & CONSUMER RESEARCH

## Lauri Wright, PhD, RDN

ASSISTANT PROFESSOR AND REGISTERED DIETITIAN

# EXHIBIT 4

**Introduction**

Milk is one of the most nutritionally complete foods available on the food market to date. It is naturally an important source of a range of nutrients essential to growth, development and maintenance of the human body and contains no artificial preservatives or colorings. Relatively small quantities of milk can provide a significant proportion of daily nutrient requirements for all age groups, making it nutrient-dense in comparison to its energy content. Because of its significant provision of macro-nutrients, vitamins and minerals, milk is commonly prescribed by physicians and registered dietitians for children experiencing growth deficits, individuals with increased protein needs to heal wounds, nutrition repletion in individuals with cancer and post-surgery, and post-menopausal women or others with bone compromised bone health.

The U.S. Code of Federal Regulations defines milk as the lacteal secretion, practically free from colostrum, obtained from the complete milking of one or more healthy cows. Milk that is in its final package form for beverage use shall have been pasteurized or ultrapasteurized, and shall contain not less than 8.25% solids and not less than 3.25% milk fat. Milk may have been adjusted by separating part of the milkfat there from, or by adding there to cream, dry whole milk, skim milk, or nonfat dry milk. Milk may be homogenized[1]." Milk, as it comes from the cow, contains water, butterfat, and nonfat milk solids. The nonfat milk solids are composed of proteins, lactose, and minerals. To achieve standardization, milk is processed through centrifugal separators to create a skim portion and a cream portion of the milk. Separation produces a skim portion that is less than 0.01% fat and a cream portion that is usually 40% fat, although the desired fat content of the cream portion can be controlled by changing settings on

the separator. The cream portion is then added back to the skim portion to yield the desired fat content for the product. Common products are whole milk (3.25% fat), 2% and 1% fat milk, and skim milk (< 0.1% fat).

**Processing**

According to the FDA standards (2009),[2] no process or manipulation other than pasteurization, ultra-pasteurization or aseptic processing should be applied to the milk. The majority of U.S. fluid milk is pasteurized using a high temperature short time (HTST) continuous process of at least 161°F (71.6°C) for 15 seconds. These conditions provide fresh tasting milk that meets the requirements for consumer safety.

The fat in milk is secreted by the cow in globules of non-uniform size, ranging from 0.20 to 2.0 µm.[3] The non-uniform size of the globules causes them to float, or cream, to the top of the container. Most milk is homogenized to reduce the size of the remaining milk fat particles and prevent the milk fat from separating and floating to the surface as cream. It also ensures that the milk fat will be evenly distributed through the milk. The hot milk from the pasteurizer is pressurized to 2,500-3,000 psi (17,200-20,700 kPa) by a multiple-cylinder piston pump and is forced through very small passages in an adjustable valve.[3] The shearing effect of being forced through the tiny openings breaks down the fat particles into the proper size. After this, the milk is then quickly cooled to 40° F (4.4° C) to avoid harming its taste.[3]

Because fat-soluble vitamins are lost when the fat from whole milk is skimmed, the vitamin A and vitamin D content of skim milk is significantly lower than whole milk. To achieve the nutritional equivalence of whole milk, FDA requires replacement of the

2

vitamin A and vitamin D lost during the skimming process. Though optional, most skim milk manufacturers go beyond replacement and fortify the product with vitamin A and D. Fortified skim milk contains 500 IUs of vitamin A per 8 ounce serving,10% of the daily value, and 100 international units of vitamin D per 8 ounce serving, 25% of the daily value.[3]

**Nutritional Background: A & D**

**Vitamin A**. Vitamin A is the name of group of metabolically active retinoids, including retinol, retinal and retinoic acid. Vitamin A performs many essential functions in the body.[4] Vitamin A is critical for vision as a component of rhodopsin, a protein that absorbs light in the retinal receptors, and because it supports the normal differentiation and functioning of the cornea.[5] Vitamin A also supports cell growth and differentiation, playing a critical role in the normal formation and maintenance of the heart, lungs, kidneys, and other organs. [5] Additionally, vitamin A is also essential for normal reproduction, bone development and immune function.[6] The provitamin A carotenoids found in plant foods has been found to act as an antioxidant or a substance that inhibits reactions of free radicals. Recent studies have found that carotenoids may play a role in reducing the risk of certain cancers, including lung and prostate.[7,8]

The dietary reference intakes (DRIs) for vitamin A have been determined by the Food and Nutrition Board at the Institute of Medicine of the National Academies and are expressed as micrograms or retinol activity equivalents per day. The DRIs for vitamin A, which vary by age and gender, are 500 mcg RAE for infants, 400 mcg RAE for children, 700 mcg RAE for adult females and 900 mcg RAE for adult males.[9,10] Foods rich in the

active form of vitamin A, retinol, include milk, liver and eggs while the provitamin A carotenoids are found in dark green leafy and yellow-orange vegetables and fruits such as carrots, greens, spinach, sweet potatoes and cantaloupe. Whole and skim milk is required by the FDA to have 90 RAE. If fortified, skim milk contains 149 mcg RAE in 1 cup or 10% of the Daily Value.[3] According to an analysis of data from the 2007–2008 National Health and Nutrition Examination Survey (NHANES), the average daily dietary vitamin A intake in Americans aged 2 years and older is 607 mcg RAE.[10] Adult men have slightly higher intakes (649 mcg RAE) than adult women (580 mcg RAE).[10] One of the first signs of vitamin A deficiency is impaired vision from the loss of visual pigments. This manifests clinically as night blindness. In fact, vitamin A deficiency is the most significant cause of blindness in the developing world.[6] Vitamin A deficiency also leads to the keratinization of the mucous membranes that line the respiratory tract, alimentary canal, urinary tract and skin. Clinically these conditions manifest as poor growth. A deficiency also leads to impairment of immune function, thereby increasing the risk for infections. Vitamin A deficiency is common among children and pregnant women in developing countries. While frank vitamin A deficiency is rare in the United States, subclinical deficiencies can still occur.

**Vitamin D**. Vitamin D is a fat-soluble vitamin. Vitamin D is known as the sunshine vitamin because it is also produced endogenously when ultraviolet rays from sunlight strike the skin and trigger vitamin D synthesis. Vitamin D obtained from sun exposure, food, and supplements is biologically inert and must undergo two steps in the body for activation.

The most well understood functions of vitamin D involve bone health. Vitamin D promotes calcium absorption in the gut and maintains adequate serum calcium and phosphate concentrations to enable normal mineralization of bone. It is also needed for bone growth and bone remodeling by osteoblasts and osteoclasts.[11] Vitamin D has other roles in the body, including modulation of cell growth, neuromuscular and immune function, and reduction of inflammation.[12,13]

The recommended dietary allowances (RDAs) for vitamin D have been determined by the Food and Nutrition Board at the Institute of Medicine of the National Academies and are expressed as international units or micrograms per day. The RDAs for vitamin D are 400 IU for infants, 600 IU for children and adults, and 800 IU for older adults.[9] The National Health and Nutrition Examination Survey (NHANES), 2005–2006, found the average intake levels of vitamin D for males from foods alone ranged from 204 to 288 IU/day and for females, the range was 144 to 276 IU/day.[13,14]

Groups at risk for vitamin D deficiency include breastfed infants because breast milk isn't adequate in vitamin D, older adults because the skin doesn't synthesize vitamin D as well as we age, people with limited sun exposure, people who don't absorb fat and people with dark skin.[6] Without sufficient vitamin D, bones can become thin, brittle, or misshapen. In children, vitamin D deficiency causes rickets, a disease characterized by a failure of bone tissue to properly mineralize, resulting in soft bones and skeletal deformities.[15] In adults, vitamin D deficiency can lead to osteomalacia, resulting in weak bones.[16] Symptoms of bone pain and muscle weakness can indicate inadequate vitamin D levels, but such symptoms can be subtle and go undetected in the initial stages.[6] Of note is the interrelationship between vitamin D and calcium. The two

nutrients are intricately involved in bone health. Further, the body requires vitamin D to absorbed calcium from food. Milk is an excellent source of calcium, one serving providing 30% of the recommended dietary allowance. Without vitamin D, however, only half of the calcium can be absorbed.

**Consumer Research**

Consumers were surveyed by trained graduate students at grocery stores (Publix, Winn Dixie, Whole Foods), a preschool, a public library, an outpatient weight loss clinic, a Women, Infant and Children Clinic, and a state government office in Tampa, Florida. A total of 124 consumers were surveyed on their attitudes and beliefs concerning skim milk and vitamin content. Participants ranged in age from 19 – 54 years of age. Sixty-eight percent of respondents were female while 32% were male. The participants were 65% Caucasian, 18% Black or African American and 17% Hispanic or Latino.

Consumers were first asked "Do you buy milk for its nutrition value?" Sixty-six percent of respondents purchase milk for its nutritional value, 19% purchase if for its taste, 15% purchase milk for its nutritional value and taste and <1% purchase milk for

6

other reasons such as "something to add to their cereal."



Consumers were then asked "Do you expect that a product labeled skim milk contain the same vitamin content as whole milk?" Overwhelming, consumers expected skim milk to contain the same vitamin content as whole milk (81% of respondents). Only 17% did not expect it to contain the same vitamin content and 2% responded "maybe."



Consumers were asked "how would you feel if you found out that a brand of skim milk didn't have the vitamins required by law?" Responses varied: 46% responded they would be angry, 26% responded they would be surprised, 12% responded that they would be surprised and angry, 8% responded they would be disappointed. Eight percent of respondents gave "other" responses that included "feeling violated", "lied to" and "deceived." Although responses varied, the majority were strongly negative.



How would you feel if you found out a brand of skim milk didn't have the vitamins required by law?

■ Angry  ■ Surprised  ■ Disappointed  ■ Both Angry and Surprised  ■ Other

Consumers were then asked "would you buy a brand of milk if you found out it was missing vitamins?" Not surprisingly, 84% of consumers reported that they would not purchase a brand of skim milk that was missing vitamins. Nine percent of respondents said they would still purchase the product and 7% responded "maybe."



Would you buy that brand of milk if you found out it was missing vitamins?

■ Yes  ■ No  ■ Maybe

9

For the final question, consumers were shown a picture of the Ocheesee Creamery skim milk bottle and asked "Do you think this product has the same amount of vitamins as other milk products?" Fifty-nine percent of respondents felt the Ocheesee milk brand appeared to have the same vitamin content as other skim milk brands while 24% of respondents did not feel the Ocheesee milk brand appear to have the same vitamin content as other skim milk brands and 24% were "unsure." A 59% response rate was found to be statistically significant. Because this was the last question, it appeared that consumer had grown suspicious and were questioning the integrity of the brand due to previous questions asked on the survey. It is postulated that a higher percentage of consumers would have thought that the Ocheesee skim milk brand had an equivalent amount of vitamins as other skim milk brands if the question had been asked first in the survey.



Do you think (Ocheesee Creamery Brand Skim Milk) has the same amount of vitamins as other milk products?

■ Yes   ■ No   ■ Maybe

**Conclusion**

Skim milk is an important source of nutrition for health. Skim milk is a lower calorie, lower fat alternative to whole milk that by federal standard of identity, must contain the equivalent vitamin and mineral content. Vitamin A and D are critical vitamins in skim milk.

When surveyed, the majority of consumers purchase milk for its nutritional value and expect that skim milk provides the same vitamin content as whole milk. If consumers discovered that a skim milk brand did not have an equivalent vitamin content, they reported strong, negative feelings including anger and disappointed and most (84%) would not purchase the skim milk product.

Ocheesee Creamery is distributing a skim milk product that is not replaced with vitamin A and D. If people rely on this product for daily nutritional needs, as the consumer research demonstrated, they are experiencing a 10% loss of vitamin A and 25% loss of vitamin D in only one serving of milk. Further, without the vitamin D, the absorption of calcium, plentiful in milk, will be significantly decreased. By and large, consumers found that the packaging of Ochessee Creamery appeared "wholesome" and "pure" and expected that the product would have the same vitamin content as other milk products. This packaging, in fact, is deceiving to consumers. Further, failure to replace the vitamin A and D to Ocheesee skim milk places consumers at potential risk for deficiencies of critical nutrients and compromised health.

11

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this 10 day of April, 2015, in Tampa, Florida.

Lau Wynt, PhD, RDN

**References**

1. U.S. Food and Drug Admin, Dept. of Health and Human Services. Code of Federal Regulations, Part 1, Title 21, Sections 131, 133, and 135. April 2006.

2. U.S. Food and Drug Admin, Dept. of Health and Human Services. Grade "A" Pasteurized Milk Ordinance. 2009 Revision. http://www.fda.gov/downloads/Food/GuidanceRegulation/UCM209789.pdf

3. Cornell University. Milk Facts. Retrieved from http://www.milkfacts.info/

4. National Institutes of Health. Vitamin A Fact Sheet for Health Professionals. Retrieved from http://ods.od.nih.gov/factsheets/VitaminA-HealthProfessional/#h4.

5. Ross CA. Vitamin A. In: Coates PM, Betz JM, Blackman MR, et al., eds. Encyclopedia of Dietary Supplements. 2nd ed. London and New York: Inform Healthcare; 2010:778-91.

6. Mahan LK and Escott-Stump S. Krause's Food and Nutrition Therapy. 13th ed. St. Louis: Saunders Elsevier; 2012:68-81.

7. Johnson EJ, Russell RM. Beta-Carotene. In: Coates PM, Betz JM, Blackman MR, et al., eds. Encyclopedia of Dietary Supplements. 2nd ed. London and New York: Informa Healthcare; 2010:115-20.

8. Neuhouser ML, Barnett MJ, Kristal AR, Ambrosone CB, King IB, Thornquist M, et al. Dietary supplement use and prostate cancer risk in the Carotene and Retinol Efficacy Trial. Cancer Epidemiol Biomarkers Prev 2009;18:2202-6.

9. Institute of Medicine, Food and Nutrition Board. Dietary Reference Intakes for Calcium and Vitamin D. Washington, DC: National Academy Press, 2010.

10. U.S. Department of Agriculture, Agricultural Research Service. What We Eat in America, 2007-2008. Retrieved from

http://www.ars.usda.gov/Services/docs.htm?docid=18349

11. Cranney C, Horsely T, O'Donnell S, Weiler H, Ooi D, Atkinson S, et al. Effectiveness and safety of vitamin D. Evidence Report/Technology Assessment No. 158 prepared by the University of Ottawa Evidence-based Practice Center under Contract No. 290-02.0021. AHRQ Publication No. 07-E013. Rockville, MD: Agency for Healthcare Research and Quality, 2007.

12. Holick MF. Vitamin D. In: Shils ME, Shike M, Ross AC, Caballero B, Cousins RJ, eds. Modern Nutrition in Health and Disease, 10th ed. Philadelphia: Lippincott Williams & Wilkins, 2006.

13. Norman AW, Henry HH. Vitamin D. In: Bowman BA, Russell RM, eds. Present Knowledge in Nutrition, 9th ed. Washington DC: ILSI Press, 2006.

14. Calvo MS, Whiting SJ, Barton CN. Vitamin D fortification in the United States and Canada: current status and data needs. Am J Clin Nutr 2004;80:1710S-6S.

15. Institute of Medicine, Food and Nutrition Board. Dietary Reference Intakes for Calcium and Vitamin D. Washington, DC: National Academy Press, 2010.

16. Jones G. Pharmacokinetics of vitamin D toxicity. Am J Clin Nutr 2008;88:582S-6S.

## CURRICULUM VITAE
*LAURI WRIGHT,PhD, RDN, LD/N*
lywright@usf.edu

## EDUCATION

| | |
|---|---|
| 8/01- 12/07 | PhD<br>Curriculum & Instruction, Cognate in Public Health Nutrition<br>University of South Florida, Tampa, Florida |
| 8/87 – 12/88 | Master of Science in Nutrition<br>Case Western Reserve University, Cleveland, Ohio |
| 8/87 – 8/88 | Dietetic Internship<br>VA Medical Center, Cleveland, Ohio |
| 6/83 – 6/87 | Bachelor of Science in Dietetics<br>The Ohio State University, Columbus, Ohio |

## ACADEMIC  EXPERIENCE

8/10 – Present      University of South Florida, Tampa, Florida
College of Public Health, Department of Community & Family Health
**Assistant Professor**
Developing a nutrition program for the university. Teach 1/1 load.
Conduct applied nutrition research.

7/08 – 8/10      University of North Florida, Jacksonville, Florida
**Dietetic Internship Director/Assistant Professor**
Administered the MSH/Dietetic Internship Program.  Coordinated
practicum sites, developed and revised program curriculum, conducted
continuous program evaluation, and maintained accreditation.  Taught
graduate and undergraduate level dietetic courses in medical
nutrition therapy, clinical nutrition and research methodology.  Conducted
applied research.

6/04 – 6/08      Bay Pines VA Hospital, St. Petersburg, Florida
**Dietetic Internship Director**
Began and administered the Dietetic Internship Program.  Developed and
revised supervised practice curriculum, provided training sessions for
preceptors, planned and supervised advance practice workshops, recruited
and selected candidates, managed the human resource, fiscal and
administrative aspects of the internship including stipends, accreditation
fees and affiliation agreements, monitored intern progress, obtained and

1

maintained accreditation, and evaluated program outcomes.  Taught graduate level dietetic courses.

## CLINICAL PRACTICE EXPERIENCE

2/07 – Present      Meals on Wheels, Bradenton, Florida
**Consultant Dietitian**
Counsel clients enrolled in Meals on Wheels program. Write and analyze monthly menus and ensure they meet government guidelines.  Conduct inspections of meal sites.  Provide nutrition education to meal sites.

6/09  – 9/10      Brooks Rehabilitation Hospital, Jacksonville, Florida
**Coverage Dietitian**
Provided weekend coverage on average 2 weekends/month for 100 bed rehabilitation hospital. Comducted nutritional assessments,  diagnosed nutritional problems and provided nuutritional intervention, monitoring and evaluation.

2/89 – 6/04      James A. Haley VA Hospital, Tampa, Florida
**Clinical Dietitian**
Conducted nutritional assessments, diet education, nutrient and tubefeeding calculations for case load of 70 acute inpatients.  Provided nutrition education to outpatients in Infectious Disease Clinic.  Covered for Clinical Nutrition Supervisor and Dietetic Internship Director.

11/93 – 6/04      **Consultant Dietitian** – Past Accounts:
HouseCalls Home Health, Su Casa Nursing Home, Florida Westcoast Clinical Research, NorthBay Medical Center, Shriner's Hospital for Children, Countryside Nursing and Rehab Center, USF Psychiatry Center, CareUnit of Tampa Bay

## TEACHING  EXPERIENCE

8/10 – Present      University of South Florida, Tampa, Florida
**Assistant Professor**
Teach undergraduate courses: Introduction to Nutrition, Diet and Disease, Lifecycle, Food and Culture; Teach graduate course in Public Health Nutrition

7/08 – 8/10      University of North Florida, Jacksonville, Florida
**Assistant Professor**
Taught face-to-face courses in Diet Therapy for senior DPD students; Nutritional Assessment, Clinical Nutrition, Research Methodology and Supervised Practice for graduate students.

| 8/89 – 7/08 | Hillsborough Community College, Tampa, Florida |
|---|---|

**Adjunct Instructor**
Introductory nutrition course for nursing and hospitality management majors.  Developed distance learning sections and expanded course from one to seven sections per semester.  Developed and obtained accreditation for Dietetic Technician program and taught Clinical Nutrition course.

| 8/06 – 7/08 | Manatee Community College, Bradenton, Florida |
|---|---|

**Adjunct Instructor**
Introductory nutrition course for nursing majors.  Developed distance learning sections.

## AREAS OF RESEARCH & RESOURCE GENERATION

Food Insecurity:
- Coping strategies utilized by food insecure families. Unfunded project currently in data collection.
- Development of the causal pathway between food insecurity, nutritional status, diet quality, mental health, resilience, social support and ART outcomes among HIV+ individuals. NIH-R21 grant submitted 5/2014.
- Impact of home-delivered meals on seniors' nutritional health. Unfunded project currently in data analysis.
- The Impact of Childhood Food Insecurity on Dietary Behaviors of Adults. Unfunded secondary analysis in data collection.
- Impact of food insecurity on weight and strategies in Belize. IRB approved. Data collection schedule for 7/14.
- Development of a nutrition education program to promote fruit and vegetable intake in children from food insecure households. USF Polytechnic Challenge Grant. Funded 2012 for 10,000. Manuscript published.

Nutrition in Infectious disease:
- Design and Impact of a nutrition counseling and support program on infant feeding practices in women living with HIV in Uganda. Site visit 6/13. CCNIHR grant submitted and awaiting scoring.
- Determination of the most effective method of nutritional assessment in patients with liver disease and the incidence of malnutrition and nutrition-related complications in those patients being actively treated for Hepatitis C. USF New Researcher's Grant. Funded 2012 for $19,000. Data collection.
- Development and validation of a screening tool for nutritional risk in patients with HIV disease.  Brooks Foundation. Funded 2009 for $54,000. Data analyzed and manuscript being prepared.
- Impact of nutrition education on AIDS patients' knowledge, belief and nutritional status. Department of Veterans Affairs.  Funded 1997 for $5000. Manuscript published.

3

Nutrition and Dietetics Education

- Home Instruction of Parents of Preschool Youth on Approaches for the Prevention or Early Childhood Obesity (HIPPY Nutrition). NIH R21 submitted and awaiting scoring.
- Electronic Medical Records Simulation to Enhance Learning of Medical Nutrition Therapy. Academy of Nutrition and Dietetics Grant. Funded 2012 for $142000 total grant/ $6000 USF portion. Data collection in progress.
- Impact of a multicomponent nutrition intervention program including a fruit and vegetable tracking competition on the fruit and vegetable intake, self-efficacy and child-asking behavior of school age children. Data collected 5/13 and analysis in progress.
- Transformational Learning Outcomes grant: Provision of multidisciplinary medical care in Belize. UNF. Funded 2010 for $5000. Manuscripts published/accepted.
- Impact of a diabetes health fair on client self-efficacy.  Aetna. Funded 2009 for $9000.
- Application of the Consumer Processing Theory to a Wellness Fair.  Aetna.  Funded 2008 for $10,000.
- Establishment and health outcomes of a diabetes treatment center.  UNF Foundation. Funded 2009 for $14000.
- Student outcomes in distance learning versus traditional dietetic internships. Dissertation. Manuscript published.
- Lipid Management Nutrition Outcome Project (LMNOP).  National VA co-director for evidence-based outcome study on medical nutrition therapy in lipid management.
- Healthy Fresh Foods and Physical Activity Innovations in Semi-Rural Schools in Panama. Grant submitted to NIH 6/14.
- 

Nutrition Transition

- Incidence of Malnutrition and Complementary Feeding Practices of Infants living in rural Dominican Republic. Data collected 11/12.
-  Belize. Data collected 7/13 and manuscript in review.
- Infant Feeding Practices of Parents in Ecuador. Grant application submitted to World Bank 10/12.

## PEER-REVIEWED PUBLICATIONS

Wright L, Vance L, Sudduth C and Epps J. The Impact of a home-delivered meal program on nutritional risk, dietary intake, food security, loneliness and social well-being. *Journal of Nutrition in Gerontology and Geriatrics.* 2015. Manuscript in press.

Wright L and Epps J. Coping Strategies, their relationship to weight status and food assistance food programs utilized by the food-insecure in Belize. *International Proceedings of Chemical, Biological and Environmental Engeering.* 2015;8:66-73.

Wright L. Review of Nutritional Epidemiology, third edition: Walter Willett. *Annuals of Nutritional Epidemiology.* 2015. Manuscript in press.

Wright L, Corvin J, Hoare I, Epps J. Community Assessment of Nutritional Needs and Barriers to Health Care Access in Belize. *International Journal of Nutrition and Dietetics*. 2015;2(2):97-114.

Wright L, Epps J. Nutrition risk and complications in HIV: the impact of food insecurity. *Topics in Clinical Nutrition*. 2014;9(4).

Wright L, Epps J. Summative evaluation of a malnutrition program for children in the Dominican Republic. *Universal Journal of Public Health*. 2014;2(2):54057.

Wright L, Lundy M. International service learning program improves dietetic interns' cultural awareness and reflective thinking. *Journal of the Academy of Nutrition and Dietetic.* 2014;114(7):996-997.

Wright L, Epps J. Relationship between childhood obesity and fruit and vegetable intake in African-American children from food-insecure households. *Journal of Community Nutritio and Health;* 2013; 2(1):76-83.

Wright L. Childhood obesity. *Journal of Pediatric Biochemistry*. 2013; 3(1): 24-31.

Wright L, Lund M, Noonan A. Blogging as a Tool to Promote Reflection Among Allied Health Profession Students During an International Service-Learning Experience*. Journal of Allied Health*. 2012;41(3):73-78.

Wright, L, Christie, C and Watkins, J. Dietary Intake and the Risk of Breast Cancer. In: *Bioactive Foods and Extracts*. November 2010.

Christie, C, Correa Matos, N and Wright, L. The Role of Flavonoids in Fruits and Vegetable Related to Breast Cancer Prevention. In: *Bioactive Foods and Extracts*. November 2010.

Wright, L and Rodriguez, J. Disease Prevention and Management. In: *The New Latino's American Cuisine: A Fusion of Nutrition and Culture*. November 2010.

Diet Manual Chapter on Nutritional Management of Liver disease.  Florida Dietetic Association Manual.  October 2010.

Wright, L. Comparison of Student Outcomes in Distance Learning versus Traditional Dietetic Internships.  2009. Journal of Nutrition Education.  *Top Clin Nutr*. 24(3):243-251.

Diet Manual Chapter on Nutritional Management of HIV disease.  Florida Dietetic Association Manual.  September 2009.

Diet Manual Chapter on Nutritional Care of Short Bowel Syndrome. Florida Dietetic Association Manual.  October 2008.

Wright, LY, Hiller, LD. Practical application of the department of veterans affairs (VA) clinical nutrition staffing model. *JADA*. 2003;103(9): 140.

Wright LY. Impact of nutrition education on nutrition knowledge, attitude and behavior of persons with human immunodeficiency syndrome.  *AIDS Patient Care*.  1995;9(5), 31-35.

Ysseldyke LL.  Nutritional complications and incidence of malnutrition among AIDS patients. *Journal of The American Dietetic Association*. 1991;2, 213-214.

## **PRESENTATIONS**

Wright, L and Epps, J. *Coping strategies, their relationship to weight status and food assistance programs utilized by the food-insecure in Belize.* International Conference on Food Security and Nutrition. Florence, Italy. March 2015.

Wright, L. *The role of nutrition in injury prevention among elite ballet dancers.* Performing Arts Medicine Association Annual Conference. March 2015.

Wright, L., Nelms, M. and Landers, P. *Development of a simulation programs for dietetic students.* 2013 FNCE. Houston, TX. October 2013.

Wright, L. and Rodriquez, J. *Innovations in food insecurity.* Session presentation: 2013 Annual

Symposium of the Florida Academy of Nutrition and Dietetics. Orlando, FL. July 2013.

Wright, L. *Developing Cultural Competence in Dietitians.* Session presentation: 2010 Annual Meeting of the American Dietetic Association. Boston, MA. November 2010.

Wright, L. *Preceptor Recruitment.* Session presentation: 2010 Annual Meeting of the American Dietetic Association. Boston, MA. November 2010.

Wright, L. *Research in Clinical Practice.* Session presentation: 2010 Annual Meeting of the Tampa/Pinellas Dietetic Association. Tampa, Fl. January 2010.

Wright, L. *Innovations in Teaching and Practice.* Session presentation: 2009 Annual Meeting of the American Dietetic Association. Denver, CO. October 2009.

Wright, L. *Research in Clinical Practice*. Session presentation: 2009 Florida Dietetic Association. Orland, Fl. July 2009.

Wright, L. *Dietary Factors in the Prevention of Breast Cancer*. Session Presentation: 2008 Annual Conference of the Nurse Practioners in Women's Health. Seattle, WA. October 2008.

Wright, L. *Comparison of Student Outcomes in Traditional versus Distant-Learning Dietetic Internships*. Session presentation: DEP Area III Annual Meeting. Charleston, SC. March 2008.

Wright, L. *Implementing the Nutrition Care Process*. Department of Veterans Affairs Webinar. Washington, DC. March 2007.

Wright, L. *Using Distant Education to Compete in Higher Education*. Session presentation: 2006 Annual Meeting of the American Dietetic Association. Honolulu, HI. September 2006.

Wright, L. *Practical Application of the Department of Veterans Affairs (VA) Clinical Nutrition Staffing Model*. Poster presentation: 2003 Annual Meeting of the American Dietetic Association. San Antonio, Tx. October 2003.

Wright, L. *Incidence of Lipodystrophy in HIV Patients*. Poster presentation: 2001 Annual Meeting of the Florida Dietetic Association. Boca Raton, Fl. July 2001.

Wright, L. *New Trends in the Nutritional Treatment of HIV Infection*. Session presentation: Spotlight on VA Dietitians.Tampa, Fl. February 1998.

Wright, L. *Nutritional Care in Hemophilia and AIDS*. Session presentation: National Hematology Conference. Marco Island, Fl. June 1997.

Wright, L. *Nutrition and HIV Disease: Across the Spectrum*. Session Presentation: Department of Veterans' Affairs.Washington D.C. September 1995.

Wright, L. *Impact of Nutrition education on Nutrition Knowledge, Attitude and Behavior of Persons with HIV*. Session and Original Contribution: 77th Annual Meeting of the American Dietetic Association. Orlando, Fl. October 1994.

Wright, L. *Nutrition Support in HIV*. Session Presentation: FSPEN/FANS 14th Annual Seminar. St Petersburg, Fl. June1994.

Wright, L. *Nutritional Complications and Incidence of Malnutrition among AIDS Patients*. Session presentation: Florida Dietetic Association Annual Meeting. Tarpon Springs, Fl. June 1993.

Ysseldyke, L. *Nutritional Complications and Incidence of Malnutrition among AIDS Patients*. Poster presentation: 63rd Annual Meeting of the American Dietetic Association. Denver, Co. October 1990.

## **SERVICE ACTIVITIES:**

| | |
|---|---|
| 6/2014 – Present | Academy of Nutrition and Dietetics – Media Spokesperson (Public Health Nutrition) |
| 6/2012 – Present | Accreditation Council for Education in Nutrition and Dietetics – Board Member |
| 4/2011 – 9/2013 | Florida Academy of Nutrition and Dietetics – President-elect and President |
| 6/2009 – 6/2010 | DEP – Chair of the Dietetic Educators Practice Group |
| 6-1998 - 6/2012 | Accreditation Council for Education in Nutrition and Dietetics – Site Visitor |
| 2010 – 2012 | Academy of Nutrition & Dietetics - Education Committee Member |
| 7/2010 – 2012 | Academy of Nutrition & Dietetics – Alternative Pathways Workgroup |
| 10/2008  - 6/2010 | Academy of Nutrition & Dietetics – Council on Future Practice |
| 6/2006 – 6/2008 | DEP -  Area Coordinator of the Dietetic Educators Practice Group |
| 1/2003 - Present | Academy of Nutrition & Dietetics - Abstract Reviewer for the American Dietetic Association national  Meeting |
| 1999-2000 | Tampa Dietetic Association - Media Representative |
| 1996-1997 | Florida Dietetic Association - State Media Representative |

## **CREDENTIALS**

Registered Dietitian/Nutritionist under the standards of the Commission on Dietetic Registration, American Dietetic Association  (#720000)

Licensed Dietitian in the State of Florida (#5504)

7