## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

### Tallahassee Division

OCHEESEE CREAMERY, LLC,                    Civil Case No. 4:14CV00621-RH-CAS

     Plaintiff,

vs.                   .

ADAM H. PUTNAM, in his official
capacity as Florida Commissioner of
Agriculture; and
GARY NEWTON, in his official
capacity as Chief of the Florida
Bureau of Dairy Industry,

     Defendants.

_____/

### AFFIDAVIT OF SHARON SCHAEFER

Affiant, Sharon Schaefer, being duly sworn, avers and states:

1.  My name is Sharon Schaefer. I reside at 292 Robert Ellis Street, Santa Rosa Beach, Florida 32459. I am over the age of eighteen, am able to testify truthfully, and have personal knowledge of the facts stated herein.

2.  I purchased pasteurized skim milk from Ocheesee Creamery on numerous occasions during 2010, 2011, and 2012.

3.  If Ocheesee Creamy continued to sell pasteurized skim milk with the same label it had been using, I would have continued to purchase it. I would have also possibly referred other potential skim milk customers to Ocheesee Creamery.

4.  After Ocheesee Creamery stopped selling pasteurized skim milk, it became more difficult for me to purchase pasteurized skim milk without additives.

1

# EXHIBIT 7

5. I have always been satisfied with the items I purchased from Ocheesee Creamery. I have never experienced any problems or negative issues with any of the items I purchased from Ocheesee Creamery.

6. I have never complained about Ocheesee Creamery's skim milk or any other item sold by Ocheesee Creamery, as I have never had any reason to complain.

7. My understanding of skim milk is that it is merely whole milk with the cream removed. This has always been my understanding of skim milk, and I am not aware of any skim milk purchasers who do not share this understanding.

8. I was never confused or misled by Ocheesee Creamery's label describing its pasteurized skim milk as "pasteurized skim milk." I am not aware of anyone who was confused or misled by the label.

9. I always understood that skim milk had a reduced amount of the vitamins located in the milk fat compared to whole milk, since skim milk has less milk fat than whole milk. I am not aware of any skim milk purchaser who did not have the same understanding.

10. I always understood that skim milk had less vitamin A than whole milk. I am not aware of any skim milk purchaser who did not also understand this.

11. I always understood that the skim milk sold by Ocheesee Creamery had less vitamin A than whole milk. I am not aware of any purchaser of Ocheesee Creamery's skim milk who did not also understand this.

12. I always understood that the skim milk sold by Ocheesee Creamery had no vitamin A additives. I am not aware of any purchaser of Ocheesee Creamery's skim milk who did not also understand this.

2

13. The fact that Ocheesee Creamery's skim milk had no vitamin A additives was one of the main reasons why I purchased skim milk from Ocheesee Creamery.

14. I do not know what "Non-Grade 'A' Milk Product, Natural Milk Vitamins Removed" means, but it appears to describe something that has been artificially processed in an unnatural or synthetic manner.

15. I would never purchase anything labeled as "Non-Grade 'A' Milk Product, Natural Milk Vitamins Removed."

16. I would never use the word "imitation" to describe pure pasteurized skim milk.

17. It is important to me that I consume dairy items that do not have additives.

18. One of the main reasons why I purchased pasteurized skim milk from Ocheesee Creamery was that Ocheesee Creamery's pasteurized skim milk did not contain any additives.

19. Although I have been a satisfied customer of Ocheesee Creamery, if Ocheesee Creamery began selling something labeled as "Non-Grade 'A' Milk Product, Natural Milk Vitamins Removed," it would cause me to seriously question whether I should continue to purchase anything from Ocheesee Creamery.

[Remainder of page intentionally left blank.]

3

I declare under penalty of perjury that the foregoing is true and correct.

Sworn to (or affirmed) and subscribed before me this 20th day of December, 2014.

_Sharon Schaefer_
Sharon Schaefer

State of Florida
County of WALTON

Sharon Schaefer personally appeared before me and took an oath that the above is true and correct

____ Personally Known
____ Produced Identification

Type and # of ID FLA. D.L # S160-796-50-911-0

_(Signature of Notary)_
(Signature of Notary)

_Candice Russell_
(Name of Notary Typed, Stamped, or Printed)

CANDICE N. RUSSELL
Notary Public - State of Florida
My Comm. Expires Sep 26, 2016
Commission # EE 836106
Bonded through National Notary Assn.

4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

### Tallahassee Division

OCHEESEE CREAMERY, LLC,                    Civil Case No. 4:14CV00621-RH-CAS

     Plaintiff,

vs.

ADAM H. PUTNAM, in his official
capacity as Florida Commissioner of
Agriculture; and
GARY NEWTON, in his official
capacity as Chief of the Florida
Bureau of Dairy Industry,

     Defendants.

_____/

### AFFIDAVIT OF CHUCK PARKER

Affiant, Chuck Parker, being duly sworn, avers and states:

1.     My name is Chuck Parker. I reside at 382 North Andalusia Avenue, Santa Rosa Beach, Florida 32459. I am over the age of eighteen, am able to testify truthfully, and have personal knowledge of the facts stated herein.

2.     I purchased pasteurized skim milk from Ocheesee Creamery on numerous occasions during 2010, 2011, and 2012.

3.     If Ocheesee Creamy continued to sell pasteurized skim milk with the same label it had been using, I would have continued to purchase it. I would have also possibly referred other potential skim milk customers to Ocheesee Creamery.

4.     After Ocheesee Creamery stopped selling pasteurized skim milk, it became more difficult for me to purchase pasteurized skim milk without additives.

1

5. I have always been satisfied with the items I purchased from Ocheesee Creamery. I have never experienced any problems or negative issues with any of the items I purchased from Ocheesee Creamery.

6. I have never complained about Ocheesee Creamery's skim milk or any other item sold by Ocheesee Creamery, as I have never had any reason to complain.

7. My understanding of skim milk is that it is merely whole milk with the cream removed. This has always been my understanding of skim milk, and I am not aware of any skim milk purchasers who do not share this understanding.

8. I was never confused or misled by Ocheesee Creamery's label describing its pasteurized skim milk as "pasteurized skim milk." I am not aware of anyone who was confused or misled by the label.

9. I always understood that skim milk had a reduced amount of the vitamins located in the milk fat compared to whole milk, since skim milk has less milk fat than whole milk. I am not aware of any skim milk purchaser who did not have the same understanding.

10. I always understood that skim milk had less vitamin A than whole milk. I am not aware of any skim milk purchaser who did not also understand this.

11. I always understood that the skim milk sold by Ocheesee Creamery had less vitamin A than whole milk. I am not aware of any purchaser of Ocheesee Creamery's skim milk who did not also understand this.

12. I always understood that the skim milk sold by Ocheesee Creamery had no vitamin A additives. I am not aware of any purchaser of Ocheesee Creamery's skim milk who did not also understand this.

2

13. The fact that Ocheesee Creamery's skim milk had no vitamin A additives was one of the main reasons why I purchased skim milk from Ocheesee Creamery.

14. I do not know what "Non-Grade 'A' Milk Product, Natural Milk Vitamins Removed" means, but it appears to describe something that has been artificially processed in an unnatural or synthetic manner.

15. I would never purchase anything labeled as "Non-Grade 'A' Milk Product, Natural Milk Vitamins Removed."

16. I would never use the word "imitation" to describe pure pasteurized skim milk.

17. It is important to me that I consume dairy items that do not have additives.

18. One of the main reasons why I purchased pasteurized skim milk from Ocheesee Creamery was that Ocheesee Creamery's pasteurized skim milk did not contain any additives.

19. Although I have been a satisfied customer of Ocheesee Creamery, if Ocheesee Creamery began selling something labeled as "Non-Grade 'A' Milk Product, Natural Milk Vitamins Removed," it would cause me to seriously question whether I should continue to purchase anything from Ocheesee Creamery.

[Remainder of page intentionally left blank.]

3

I declare under penalty of perjury that the foregoing is true and correct.

Sworn to (or affirmed) and subscribed before me this 20 day of December, 2014.

Chuck Parker

State of Florida
County of WALTON

Chuck Parker personally appeared before me and took an oath that the above is true and correct

_____ Personally Known
✓ Produced Identification

Type and # of ID FLA DL# P626-158-45-108-0

(Signature of Notary)

(Name of Notary Typed, Stamped, or Printed)

CANDICE N. RUSSELL
Notary Public - State of Florida
My Comm. Expires Sep 26, 2016
Commission # EE 836106
Bonded through National Notary Assn.

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

## Tallahassee Division

OCHEESEE CREAMERY, LLC,        Civil Case No. 4:14CV00621-RH-CAS

      Plaintiff,

vs.

ADAM H. PUTNAM, in his official
capacity as Florida Commissioner of
Agriculture; and
GARY NEWTON, in his official
capacity as Chief of the Florida
Bureau of Dairy Industry,

      Defendants.

_____/

## AFFIDAVIT OF BERT SUMMERVILLE

Affiant, Bert Summerville, being duly sworn, avers and states:

1.     My name is Bert Summerville. I reside at 122 Quincy Circle, Santa Rosa Beach, Florida 32459. I am over the age of eighteen, am able to testify truthfully, and have personal knowledge of the facts stated herein.

2.     I purchased pasteurized skim milk from Ocheesee Creamery on numerous occasions during 2010, 2011, and 2012.

3.     If Ocheesee Creamy continued to sell pasteurized skim milk with the same label it had been using, I would have continued to purchase it. I would have also possibly referred other potential skim milk customers to Ocheesee Creamery.

4.     After Ocheesee Creamery stopped selling pasteurized skim milk, it became more difficult for me to purchase pasteurized skim milk without additives.

1

5. I have always been satisfied with the items I purchased from Ocheesee Creamery. I have never experienced any problems or negative issues with any of the items I purchased from Ocheesee Creamery.

6. I have never complained about Ocheesee Creamery's skim milk or any other item sold by Ocheesee Creamery, as I have never had any reason to complain.

7. My understanding of skim milk is that it is merely whole milk with the cream removed. This has always been my understanding of skim milk, and I am not aware of any skim milk purchasers who do not share this understanding.

8. I was never confused or misled by Ocheesee Creamery's label describing its pasteurized skim milk as "pasteurized skim milk." I am not aware of anyone who was confused or misled by the label.

9. I always understood that skim milk had a reduced amount of the vitamins located in the milk fat compared to whole milk, since skim milk has less milk fat than whole milk. I am not aware of any skim milk purchaser who did not have the same understanding.

10. I always understood that skim milk had less vitamin A than whole milk. I am not aware of any skim milk purchaser who did not also understand this.

11. I always understood that the skim milk sold by Ocheesee Creamery had less vitamin A than whole milk. I am not aware of any purchaser of Ocheesee Creamery's skim milk who did not also understand this.

12. I always understood that the skim milk sold by Ocheesee Creamery had no vitamin A additives. I am not aware of any purchaser of Ocheesee Creamery's skim milk who did not also understand this.

13.     The fact that Ocheesee Creamery's skim milk had no vitamin A additives was one of the main reasons why I purchased skim milk from Ocheesee Creamery.

14.     I do not know what "Non-Grade 'A' Milk Product, Natural Milk Vitamins Removed" means, but it appears to describe something that has been artificially processed in an unnatural or synthetic manner.

15.     I would never purchase anything labeled as "Non-Grade 'A' Milk Product, Natural Milk Vitamins Removed."

16.     I would never use the word "imitation" to describe pure pasteurized skim milk.

17.     It is important to me that I consume dairy items that do not have additives.

18.     One of the main reasons why I purchased pasteurized skim milk from Ocheesee Creamery was that Ocheesee Creamery's pasteurized skim milk did not contain any additives.

19.     Although I have been a satisfied customer of Ocheesee Creamery, if Ocheesee Creamery began selling something labeled as "Non-Grade 'A' Milk Product, Natural Milk Vitamins Removed," it would cause me to seriously question whether I should continue to purchase anything from Ocheesee Creamery.

[Remainder of page intentionally left blank.]

3

I declare under penalty of perjury that the foregoing is true and correct.

Sworn to (or affirmed) and subscribed before me this $\underline{20}$ day of December, 2014.

Bert Summerville

State of Florida
County of $\underline{WALTON}$

Bert Summerville personally appeared before me and took an oath that the above is true and correct

____ Personally Known
✓ Produced Identification

Type and # of ID $\underline{FLA\ D.L.\ \#\ 5561-061-48-520-0}$

(Signature of Notary)

$\underline{Candice\ J.\ Russell}$
(Name of Notary Typed, Stamped, or Printed)

CANDICE N. RUSSELL
Notary Public - State of Florida
My Comm. Expires Sep 26, 2016
Commission # EE 838106
Bonded through National Notary Assn.

4