DIVISION OF FOOD SAFETY
(850) 245-5595



THE CONNER BUILDING
3125 CONNER BOULEVARD
TALLAHASSEE, FLORIDA 32399-1650

# FLORIDA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES
## COMMISSIONER ADAM H. PUTNAM

May 29, 2015

Mrs. Mary Lou Wesselhoeft
Ocheesee Creamery, LLC
28367 NE SR 69
Grand Ridge, FL 32442

Dear Mrs. Wesselhoeft:

Thank you for submitting your application for an Imitation Milk and Milk Products Processor permit pursuant to Section 502.165, Florida Statutes. This letter is to notify you that the Department has not received the information requested to complete your application and cannot process your application further. Therefore, the Department is denying your permit application and is closing its file on your application. If you wish to pursue an Imitation Milk and Milk Products Processor permit, please submit a new application.

If you wish to contest this action, you have the right to request an administrative hearing to be conducted in accordance with Sections 120.569 and 120.57, Florida Statutes, and Rule Chapter 28-106, Florida Administrative Code. Such request must comply with Rules 28-106.2015 and 28-106.104, Florida Administrative Code. You are also entitled to be represented by counsel or other qualified representative. Your request for a hearing must be received by the Department within twenty-one (21) days of receipt of this notice. Your failure to timely request an administrative hearing will constitute a waiver of your right to a hearing and this action will be deemed final.

Our goal is to insure high quality, healthy dairy products in Florida. Please contact your Dairy Specialist or our office if we can provide you with additional assistance.

Sincerely,

Lee M. Cornman
Assistant Division Director

LMC/cdl



Fresh
Florida.

# EXHIBIT 9



**U.S. Postal Service**TM
**CERTIFIED MAIL**TM **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

*Return to*
*C-18 Dairy*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Posta; | |

Postmark
Here

Sent To — Mrs. Mary Lou Wesselhoeft
Ocheesee Creamery, LLC
Street, Apt. N 28367 NE SR 69
or PO Box No
City, State, Zi Grand Ridge, FL 32442

PS Form 3800, June 2002

English          Customer Service          USPS Mobile                                        Register / Sign In



# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.com.

**Tracking Number:** 70030500000199187330

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

## Available Actions

Text Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| June 1, 2015 , 11:19 am | Delivered | GRAND RIDGE, FL 32442 |

Email Updates

Your item was delivered at 11:19 am on June 1, 2015 in GRAND RIDGE, FL 32442.

| | | |
|---|---|---|
| May 31, 2015 , 1:53 am | Departed USPS Facility | PENSACOLA, FL 32522 |
| May 30, 2015 , 11:01 am | Arrived at USPS Facility | PENSACOLA, FL 32522 |
| May 29, 2015 , 9:28 pm | Departed USPS Facility | TALLAHASSEE, FL 32301 |
| May 29, 2015 , 8:09 pm | Arrived at USPS Facility | TALLAHASSEE, FL 32301 |

## Track Another Package

Tracking (or receipt) number

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS.com ›**



**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature   X _[signature]_   ☐ Agent   ☐ Addressee <br><br> B. Received by ( *Printed Name* )    C. Date of Delivery |
| 1. Article Addressed to: <br><br> Mrs. Mary Lou Wesselhoeft <br> Ocheesee Creamery, LLC <br> 28367 NE SR 69 <br> Grand Ridge, FL 32442 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br><br> 3. Service Type <br> ☒ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☐ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7003 0500 0001 9918 7330 |
| PS Form 3811, August 2001 | Domestic Return Receipt      102595-02-M-1540 |