**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

OCHEESEE CREAMERY, LLC,

    Plaintiff,

v.                              CASE NO. 4:14cv621-RH/CAS

ADAM H. PUTNAM et al.,

    Defendants.

_____/

## ORDER EXPLAINING ENTRY OF THE AGREED JUDGMENT

    This case is here on remand from the United States Court of Appeals for the Eleventh Circuit. After submission of the most recent status report, ECF No. 74, the attorneys for both sides advised the court's staff that the parties had agreed to entry of judgment in a specific form. They submitted the proposed judgment. Based on the parties' agreement, the judgment has been separately entered today.

    SO ORDERED on June 12, 2017.

                                          s/Robert L. Hinkle
                                          United States District Judge