# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

OCHEESEE CREAMERY, LLC,

    Plaintiff,

v.                                       CASE NO. 4:14cv621-RH/CAS

ADAM H. PUTNAM et al.,

    Defendants.

_____/

## ORDER DETERMINING ENTITLEMENT TO A FEE AWARD

The plaintiff prevailed in this action under 42 U.S.C. § 1983. The plaintiff is entitled to an award of attorney's fees under 42 U.S.C. § 1988. The defendants have not asserted the contrary. Accordingly,

IT IS ORDERED:

The plaintiff's motion for an order determining entitlement to attorney's fees, ECF No. 51, is granted. It is determined that the plaintiff is entitled to recover attorney's fees. The procedures in Local Rule 54.1 will govern proceedings to determine the amount of the award.

SO ORDERED on June 30, 2017.

                                                s/Robert L. Hinkle
                                                United States District Judge